**Fill in this information to identify the case:**

Debtor name: Hauser Printing Company Incorporated

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-10409

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ 5,823,704.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $ 5,823,704.70

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 8,581,510.66

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 45,475.83

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 4,303,775.41

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b   $ 12,930,761.90

**Fill in this information to identify the case:**

Debtor name: Hauser Printing Company Incorporated

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-10409

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** First NBC<br>Creditor's Name<br><br>PO Box 61035<br>New Orleans, LA 70161-1035<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 5524<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,868,870.95 | $0.00 |
| **2.2** First NBC<br>Creditor's Name<br><br>PO Box 61035<br>New Orleans, LA 70161-1035<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** 5502<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $73,386.14 | $0.00 |

Debtor **Hauser Printing Company Incorporated**  
Name

Case number (if know) **17-10409**

■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.3 | **First NBC** | **Describe debtor's property that is subject to a lien** | **$75,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

PO Box 61035  
New Orleans, LA 70161-1035  
Creditor's mailing address

Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
☐ No  
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 2861

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.4 | **First NBC** | **Describe debtor's property that is subject to a lien** | **$1,213,494.20** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

PO Box 61035  
New Orleans, LA 70161-1035  
Creditor's mailing address

Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**  
☐ No  
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 5513

**Do multiple creditors have an interest in the same property?**  
■ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**  
Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

---

| 2.5 | **First NBC** | **Describe debtor's property that is subject to a lien** | **$2,271,908.46** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

PO Box 61035  
New Orleans, LA 70161-1035  
Creditor's mailing address

Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**  
■ No  
☐ Yes

Creditor's email address, if known

---

| Debtor | Hauser Printing Company Incorporated | Case number (if know) | 17-10409 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**
5491

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **First NBC**
Creditor's Name

PO Box 61035
New Orleans, LA 70161-1035
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8026

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$689,157.06        $0.00

---

**2.7** **First NBC**
Creditor's Name

PO Box 61035
New Orleans, LA 70161-1035
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
3028

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$620,146.67        $0.00

---

**2.8** **First NBC**         **Describe debtor's property that is subject to a lien**         $113,452.21        $0.00

---

| Debtor | Hauser Printing Company Incorporated | Case number (if know) | 17-10409 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**
PO Box 61035
New Orleans, LA 70161-1035
*Creditor's mailing address*

Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 3039

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** First NBC
*Creditor's Name*
PO Box 61035
New Orleans, LA 70161-1035
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

$61,766.60    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 4929

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** First NBC
*Creditor's Name*
PO Box 61035
New Orleans, LA 70161-1035
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

$152,446.16    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 9109

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Hauser Printing Company Incorporated | Case number (if know) | 17-10409 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1.1**

**First NBC**
Creditor's Name

PO Box 61035
New Orleans, LA 70161-1035
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 7359

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,100.73         $0.00

---

**2.1.2**

**First NBC**
Creditor's Name

PO Box 61035
New Orleans, LA 70161-1035
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 7491

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$65,226.10         $0.00

---

**2.1.3**

**First NBC**
Creditor's Name

PO Box 61035
New Orleans, LA 70161-1035
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Cross pledge of R/E, A/R, Equip., Co. Stock, Life Insurance Policies

**Describe the lien**

$22,512.53         $0.00

---

Debtor **Hauser Printing Company Incorporated**  Case number (if know) 17-10409
Name

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/22/2016

**Last 4 digits of account number**
7601

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | U. S. Small Business Administration | **Describe debtor's property that is subject to a lien** | $279,042.85 | $0.00 |

Creditor's Name
10737 Gateway West Ste 300
El Paso, TX 79935
Creditor's mailing address

Equipment

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
6007

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $8,581,510.66

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|