**Fill in this information to identify the case:**

Debtor name: Hauser Printing Company Incorporated

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-10409

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Bureau of Revenue & Taxation<br>Property Tax Division<br>P.O. Box 130<br>Gretna, LA 70054 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,529.83 | $31,529.83 |
| | Date or dates debt was incurred | Basis for the claim: Property tax | | |
| | Last 4 digits of account number 5121<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | City of New Orleans Department of Financ<br>Bureau of Revenue - Sales Tax<br>1300 Perdido St., RM 1W15<br>New Orleans, LA 70112 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,518.00 | $2,518.00 |
| | Date or dates debt was incurred | Basis for the claim: Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 24822 Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>East Baton Rouge Parish and City Treasur<br>Dept. of Finance - Revenue Division<br>P O Box 2590<br>Baton Rouge, LA 70821-2590 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $340.00 | $340.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>Jefferson Parish Sheriff's Office<br>Bureau of Revenue and Taxation<br>Sales Tax Division<br>P.O. Box 248<br>Gretna, LA 70054-0248 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,228.00 | $3,228.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>Louisiana Department of Revenue<br>Sales Tax Division<br>PO Box 3138<br>Baton Rouge, LA 70821-3138 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,860.00 | $7,860.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>A & L Sales, Inc.<br>PO Box 74<br>Belle Chasse, LA 70037<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,948.24 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A&A Dies, Inc.<br>dba Kada Frames<br>2197 Irvindale Drive<br>Atlanta, GA 30341<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $485.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.3 | Accardo And Lambert<br>Plumbing And Heating, Inc.<br>8303 Willow Street<br>New Orleans, LA 70118<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $175.00 |
| 3.4 | Accudata Integrated Marketing<br>5220 Summerlin Commons Blvd.<br>Suite 200<br>Ft. Myers, FL 33907-2150<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $4,121.68 |
| 3.5 | Accuzip<br>3216 El Camino Real<br>Atascadero, CA 93422-2500<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $32.10 |
| 3.6 | Advantage Mailing Service<br>PO Box 58298<br>New Orleans, LA 70158-8298<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,271.20 |
| 3.7 | Aflac<br>Attn: Remittance Processing Serv.<br>1932 Wynnton Road<br>Columbus, GA 31999-0797<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $107.52 |
| 3.8 | Agfa Corporation<br>Pitman Company<br>PO Box 2123<br>Carol Stream, IL 06013-2212<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $40,706.37 |
| 3.9 | Alareon Media Group<br>PO Box 7527<br>Gulfport, MS 39506<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,518.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

3.10 **Nonpriority creditor's name and mailing address**
American Bearing LLC
PO Box 10222
Jefferson, LA 70181-0222
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $528.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
American Express
PO Box 650448
Dallas, TX 75265-0448
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $88,301.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Art Laminating & Finishing,Inc
1401 Marietta Blvd
Atlanta, GA 30318
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,320.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
Atlantis Envelope, LLC
PO Box 23865
New Orleans, LA 70183
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,681.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
Atmos Energy Louisiana
PO Box 790311
St Louis, MO 63179-0311
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $204.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
B. H. Bunn Company
2730 Drane Field Road
Lakeland, FL 33811
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $409.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Balers And Stuff. Com
14333 Laurel Bowie Rd #308
Laurel, MD 20708
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $789.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409
Name

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Bellwether Technology Corp.<br>PO Box 2450<br>New Orleans,, LA 70176<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $33,828.77 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Bottcher America Corporation<br>PO Box 644956<br>Pittsburgh, PA 15264-4956<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $653.57 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Brian David<br>1717 Jay Street<br>New Orleans, LA 70122<br>**Date(s) debt was incurred** 12/01/2007<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $41,445.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Brian David<br>1717 Jay Street<br>New Orleans, LA 70122<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,078.30 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Broker Forms<br>PO Box 1157<br>Grand Rapids, MI 49501-1157<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,250.97 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Business Cards Tomorrow<br>5440 Mounes Street<br>Suite 114<br>Harahan, LA 70123<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $680.21 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Carr, Riggs, & Ingram, LLC<br>3501 N. Causeway Blvd.<br>Suite 810<br>Metairie, LA 70002<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,337.50 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

**3.24** **Nonpriority creditor's name and mailing address**
City Of New Orleans
Photo Safety Program
PO Box 742503
Cincinnati, OH 45274-2503
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $210.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
Clear Image, Inc.
Attn: Accounting Dept
4949 Windplay Dr., Ste 100
El Dorado Hills, CA 95762-9621
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $626.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
Coatings & Adhesives Corp.
1901 Popular Street Ne
PO Box 1080
Leland, NC 28451
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,972.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Cox Communications, Inc.
PO Box 919292
Dallas, TX 75391-9292
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,986.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
Crescent City Packaging Inc.
325 Funston Street
Harahan, LA 70123-4107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,569.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
D.C. #80
2400 Crestview Avenue
Kenner, LA 70062
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Danny Lacrouts
827 Dupard Street
Mandeville, LA 70448
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $81,401.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated
Name
Case number (if known) 17-10409

3.31 **Nonpriority creditor's name and mailing address**
De Lage Financial Services
PO Box 41602
Philadelphia, PA 19101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,972.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
Die-Tec
621 Distributors Row
Suite D
Harahan, LA 70123
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,886.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
Dina Dental Plans
Guaranty Assurance Company
PO Box 654303
Dallas, TX 75265-4303
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $26.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Don LeBlanc
PO Box 1882
Pearl River, LA 70452
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $420.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
DSI Industrial Services
dba Sanserve Building Services
PO Box 20399
Beaumont, TX 77720-0399
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,691.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Duplantier, Hrapmann, Hogan & Maher
1615 Poydras Street
Suite 2100
New Orleans, LA 70112
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,193.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
Electronics For Imaging
PO Box 742366
Los Angeles, CA 90074-2366
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,601.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409
Name

**3.38** **Nonpriority creditor's name and mailing address**
Elmwood Distribution Associates, LLC
PO Box 6401
Edw4-144A
Metairie,, LA 70009
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,556.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
Eltosch Grafix America Inc
1888 East Fabyan Parkway
Suite 7
Batavia, IL 60510
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $38.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**
Entergy
PO Box 8108
Baton Rouge, LA 70891-8108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,019.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
Environmental Risk Management
& Safety, Inc.
PO Box 407
Deville, LA 71328
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $652.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
FedEx
PO Box 660481
Dallas, TX 75266-0481
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,999.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
FedEx Freight
Dept. Ch
PO Box 10306
Palatine, IL 60055-0306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,990.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
First Federal Leasing
PO Box 1145
Richmond, IN 47375-1145
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,730.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment Lease
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.45 | First Federal Leasing<br>PO Box 1145<br>Richmond, IN 47375-1145<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,843.82 |
| 3.46 | Flashlight Digital<br>PO Box 2854<br>Carefree, AZ 85377-2854<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $750.00 |
| 3.47 | Forms Manufacturers<br>PO Box 841741<br>Dallas, TX 75284-1741<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,192.55 |
| 3.48 | Fuelman<br>PO Box 105080<br>Atlanta, GA 30348-5080<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $404.75 |
| 3.49 | Future World Electronics, L.L.C.<br>c/o J. Matthew Miller III<br>Carver Darden, et al<br>1100 Poydras St., Ste. 3100<br>New Orleans, LA 70163<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.50 | Genworth Life And Annuity<br>PO Box 79225<br>Baltimore, MD 21279-0225<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $904.04 |
| 3.51 | GPA Acquisition Company, Inc.<br>3906 Solutions Center<br>Chicago, IL 60677-3009<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,720.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,271.35 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Gresse's Automotive<br>2300 Hickory Ave<br>Harahan, LA 70123<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $600.97 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Gretna Traffic Enforcement Program<br>Program Payment Center<br>PO Box 76758<br>Cleveland, OH 44101-6500<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $120.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Gulf Packaging, Inc.<br>PO Box 999<br>Bay Minette, AL 36507<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,819.75 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Harris & Bruno International<br>8555 Washington Blvd<br>Roseville, CA 95678<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,881.38 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Heidelberg USA, Inc.<br>PO Box 845180<br>Dallas, TX 75284-5180<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $572.73 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Home Depot Credit Services<br>Dept. 32 - 2006118362<br>PO Box 9001030<br>Louisville, KY 40290-1030<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $3,808.27 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated
Name

Case number (if known) 17-10409

**3.59** **Nonpriority creditor's name and mailing address**
Humana Health Benefit
Plan Of Lousiana
PO Box 648
Carol Stream, IL 60132-0648
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $15,441.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**
Indigo America, Inc
PO Box 415573
Boston, MA 02241-5573
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,633.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**
Ingersoll-Rand Company
Industrial Technologies
15768 Collections Center Dr
Chicago, IL 60693
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,580.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**
Intoprint
PO Box 7428
Roanoke, VA 24019-5313
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $225.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**
J & C Grinding
PO Box 632
Elk Grove Village, IL 60007
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $173.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**
J. Kevin Alker
116 Haroleans Ave.
Harahan, LA 70123
**Date(s) debt was incurred** 12/1/2007
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,090.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**
J. Kevin Alker
116 Haroleans Ave.
Harahan, LA 70123
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,360.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.66 | Jefferson Convention and Visitors Bureau<br>1221 Elmwood Park Blvd.<br>Harahan, LA 70123<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Postage deposits<br>Is the claim subject to offset? ■ No ☐ Yes | $1,148.69 |
| 3.67 | Jefferson Parish Dept Of Water<br>PO Box 10007<br>Jefferson, LA 70181-0007<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $214.98 |
| 3.68 | Jefferson Parish Pooled Cash<br>Hazmat Division, Suite 204<br>1221 Elmwood Park<br>Jefferson, LA 70123<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $911.97 |
| 3.69 | John G. Maloney<br>608 Stewart Ave.<br>River Ridge, LA 70123<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $16,989.29 |
| 3.70 | John Gary Hauser<br>917 O'Dwyer Place<br>Jefferson, LA 70121<br>Date(s) debt was incurred _<br>Last 4 digits of account number 5232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Capital One - Indemnity from payment of Capital One line of credit: 109 Research Drive, New Orleans, LA 70123<br>Is the claim subject to offset? ■ No ☐ Yes | $97,000.00 |
| 3.71 | John Gary Hauser<br>917 O'Dwyer Place<br>Jefferson, LA 70121<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.72 | Komori America Corporation<br>26227 Network Place<br>Chicago,, IL 60673-1262<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $620.70 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Konica Minolta Business Solutions<br>Dept At 952823<br>Atlanta, GA 31192-2823<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $14,509.63 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Lamination Station<br>3720 Hessmer Avenue<br>Suite A<br>Metairie, LA 70002<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $195.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Lithomatic Technologies, Inc.<br>401 Glen Mor Drive<br>Shorewood, IL 60404<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $7,800.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Louisiana Economic Development<br>Office of Business Incentive Services<br>PO Box 94185<br>Baton Rouge, LA 70804-9185<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $750.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Louisiana Office Products<br>210 Edwards Avenue<br>Harahan, LA 70123<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,025.93 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Louisiana Restaurant Assoc.<br>Self Insurer'S Fund<br>PO Box 6500<br>Metairie, LA 70009-6500<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $4,543.71 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>Mac Murray, Petersen & Shuster LLP<br>6530 West Campus Oval<br>Suite 210<br>New Albany, OH 43054<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $500.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.80 | Mac Papers<br>PO Box 930513<br>Atlanta, GA 31193-0513<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $208,119.69 |
| 3.81 | Magnolia Label Company<br>PO Box 720418<br>Jackson, MS 39272<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,450.38 |
| 3.82 | Massey Services<br>PO Box 547668<br>Orlando, FL 32854-7668<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $120.00 |
| 3.83 | Metrolift Propane<br>PO Box 2737<br>Reserve, LA 70084<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,037.06 |
| 3.84 | Michael Monroe<br>c/o Bobby G. Hawkins, Esq.<br>2216 Magazine St.<br>New Orleans, LA 70130<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.85 | Mid-Atlantic Commercial Law Group, PLLC<br>801 N. Pitt Street<br>Suite 120<br>Alexandria, VA 22314-1783<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $108.50 |
| 3.86 | Mike's Filter & Supply, Inc.<br>2277 Denley Road<br>Houma, LA 70363-7351<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $384.37 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.87 | Monarch User Group<br>Attn: Treasurer<br>901 Marquette Ave, Ste 1500<br>Minneapolis, MN 55402<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $250.00 |
| 3.88 | Muller Martini Corp.<br>PO Box 787196<br>Philadelphia, PA 19178-7196<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,006.35 |
| 3.89 | N.J. Malin & Associates, LLC<br>PO Box 843860<br>Dallas, TX 75284-3860<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $273.24 |
| 3.90 | Neopost USA Inc.<br>Dept. 3689<br>PO Box 123689<br>Dallas, TX 75312-3689<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $177.46 |
| 3.91 | NOCVB<br>2020 St. Charles Avenue<br>New Orleans, LA 70130-5319<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $570.00 |
| 3.92 | North American Press Products, Inc<br>11300 Space Blvd.<br>Suite 3C<br>Orlando, FL 32837<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,529.90 |
| 3.93 | Ochsner Health System<br>1201 Dickory Ave.<br>Harahan, LA 70123-2175<br>**Date(s) debt was incurred** 11/18/16<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Postage deposits<br>Is the claim subject to offset? ■ No ☐ Yes | $18,078.81 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409
Name

**3.94** **Nonpriority creditor's name and mailing address**
OMI Environmental Solutions
131 Keating Drive
Belle Chasse, LA 70037
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $337.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Postage deposits
Is the claim subject to offset? ■ No ☐ Yes

**3.95** **Nonpriority creditor's name and mailing address**
P.I.A.S, Inc.
PO Box 290249
Nashville, TN 37229-0249
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,370.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**
Paul Alker
1128 Hardy Ave.
Covington, LA 70433
**Date(s) debt was incurred** 10/30/2007
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $440,780.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.97** **Nonpriority creditor's name and mailing address**
Paul Alker
1128 Hardy Ave.
Covington, LA 70433
**Date(s) debt was incurred** 10/18/2011
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $338,110.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**
Paul Alker
1128 Hardy Ave.
Covington, LA 70433
**Date(s) debt was incurred** 8/1/2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $235,516.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**
Paul Alker
1128 Hardy Ave.
Covington, LA 70433
**Date(s) debt was incurred** 06/11/2009
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $199,304.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**
PDS Equipment
1934 Seminole Avenue
Nashville, TN 37211
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $109.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated
Name

Case number (if known) 17-10409

**3.101** **Nonpriority creditor's name and mailing address**
Pel Hughes
3801 Toulouse St
New Orleans, LA 70119
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
Pelican State Outpatient Center
1525 Dickory Avenue
Harahan, LA 70123
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $65.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
Pitney Bowes Inc.
PO Box 371896
Pittsburgh, PA 15250-7896
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,830.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**
Pitney Bowes Production Mail Financing
PO Box 931034
Cleveland, OH 44193-0004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,095.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**
Print Guard Inc.
1521 Grafton Rd
Millbury, MA 01527
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $655.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**
Printers' Service
PO Box 5140
Ironbound Station
Newark, NJ 07105-5140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $865.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** **Nonpriority creditor's name and mailing address**
Progressive Waste Solutions of La Inc.
South Louisiana District
PO Box 650348
Dallas, TX 75265-0348
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,597.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is | Basis for the claim | Subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.108 | PTI Marketing Technologies, 201 Lomas Santa De Drive, Suite 300, Solana Beach, CA 92075 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | _ | ■ No ☐ Yes | $924.00 |
| 3.109 | Richard P. Garrity, 6 Ibis Lane, Mandeville, LA 70471 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | _ | ■ No ☐ Yes | $13,286.06 |
| 3.110 | Richard Pat Garrity and Roseann Garrity, 6 Ibis Lane, Mandeville, LA 70471 | 4/28/2011 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Lease | ■ No ☐ Yes | $1,790,877.97 |
| 3.111 | Richard Pat Garrity and Roseann Garrity, 6 Ibis Lane, Mandeville, LA 70471 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Lease | ■ No ☐ Yes | $20,007.75 |
| 3.112 | Richard Pat Garrity and Roseann Garrity, 6 Ibis Lane, Mandeville, LA 70471 | _ | _ | ■ Contingent ■ Unliquidated ■ Disputed | Lawsuit | ■ No ☐ Yes | Unknown |
| 3.113 | Ricoh USA, Inc., PO Box 660342, Dallas, TX 75266-0342 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | _ | ■ No ☐ Yes | $1,476.57 |
| 3.114 | RM Machinery, Inc, 212 N. Virginia Avenue, Carneys Point, NJ 08069 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | _ | ■ No ☐ Yes | $721.12 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br>Robatech USA, Inc.<br>1005 Alderman Drive<br>Suite 108<br>Alpharetta, GA 30005<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,170.96 |
| 3.116 | **Nonpriority creditor's name and mailing address**<br>Roosevelt Paper Company<br>PO Box 785175<br>Philadelphia, PA 19178-5175<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $17,592.18 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br>Ryder Transportation Services<br>PO Box 402366<br>Atlanta, GA 30384-2366<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $917.81 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>Shell<br>Processing Center<br>PO Box 9001015<br>Louisville, KY 40290-1015<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,982.64 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>Simon, Peragine, Smith & Redfearn, L.L.P<br>30th Floor - Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-3000<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $10,593.84 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>SimplexGrinnell<br>Dept. Ch 10320<br>Palatine, IL 60055-0320<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $319.92 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>Sonitrol Of New Orleans, Inc<br>2217 Ridgelake Drive<br>Metairie, LA 70001<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,232.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.122 | **South Louisiana Coffee Service**<br>PO Box 73488<br>Metairie, LA 70033-3488<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $545.18 |
| 3.123 | **State Farm**<br>6601 Veterans Memorial Blvd.<br>Suite 17<br>Metairie, LA 70003-3943<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $18,336.64 |
| 3.124 | **State Police, Right-To-Know**<br>Office/Manage.&Finance-Financial Serv.<br>PO Box 66909<br>Baton Rouge, LA 70896<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $65.00 |
| 3.125 | **Steffes Vingiello & McKenzie, LLC**<br>Attn: Patrick S. Garrity, Esq.<br>13702 Coursey Blvd., Bldg. 3<br>Baton Rouge, LA 70817<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| 3.126 | **Superior Energy Services**<br>5801 US 90 East<br>Broussard, LA 70518<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Postage deposits<br>Is the claim subject to offset? ■ No ☐ Yes | $44,177.52 |
| 3.127 | **Sure Logix, LLC**<br>PO Box 2354<br>Kenner, LA 70063<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,224.00 |
| 3.128 | **Susquehanna Commercial Finance**<br>2 County View Road<br>Suite 300<br>Malvern, PA 19355<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | $31,984.10 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated — Case number (if known) 17-10409

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is | Amount |
|---|---|---|---|
| 3.129 | Tec Lighting, Inc.<br>115 Arovista Circle<br>Brea, CA 92821-3933<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $751.07 |
| 3.130 | The City Of New Orleans<br>Parking Violations Bureau<br>PO Box 52828<br>New Orleans, LA 70152-2828<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $160.00 |
| 3.131 | Timothy D. Irons<br>4704 David Dr.<br>Kenner, LA 70065<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent ■ Unliquidated ■ Disputed<br>Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.132 | U.S. Bank National Association<br>1310 Madrid, Ste. 100<br>Marshall, MN 56258<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent ■ Unliquidated ■ Disputed<br>Basis for the claim: Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | $102,729.12 |
| 3.133 | Uline<br>Attn: Accounts Receivable<br>PO Box 88741<br>Chicago, IL 60680-1741<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $168.17 |
| 3.134 | Unisource Worldwide, Inc<br>Unisourse - Baton Rouge<br>PO Box 849089<br>Dallas, TX 75284-9089<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $5,909.11 |
| 3.135 | Universal Bookbindery, Inc.<br>PO Box 7849<br>San Antonio, TX 78207<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $11,845.35 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated
Name

Case number (if known) 17-10409

3.136 **Nonpriority creditor's name and mailing address**
UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $79.87
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
UPS Supply Chain Solutions Inc.
28013 Network Place
Chicago, IL 60673-1280
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $840.87
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
Uptown Graphics
1403 Annunciation Street
New Orleans, LA 70130
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,208.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.139 **Nonpriority creditor's name and mailing address**
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,650.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
Victor Envelope Company
301 Arthur Court
Bensenville, IL 60106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,821.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
Waste Management Of New Orleans
PO Box 9001054
Louisville, KY 40290-1054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,489.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
Wes Adhesives Inc.
PO Box 1368
Roanoke, TX 76262-1368
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $714.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated
Name
Case number (if known) 17-10409

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>Western States Envelope & Label<br>PO Box 205216<br>Dallas, TX 75320-5216<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,732.30 |
| 3.144 | **Nonpriority creditor's name and mailing address**<br>Wexler Packaging Products<br>777-M Schwab Road<br>Hatfield, PA 19440<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $338.71 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br>Wikoff Color Corp.<br>PO Box 75934<br>Charlotte, NC 28275-0934<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,551.80 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br>Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,781.30 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Edward P. Gothard, Esq.<br>1420 Veterans Memorial Blvd.<br>Metairie, LA 70005 | Line 3.71<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Edward P. Gothard, Esq.<br>1420 Veterans Memorial Blvd.<br>Metairie, LA 70005 | Line 3.131<br>☐ Not listed. Explain ____ | _ |
| 4.3 | John F. Young, Jr., Esq.<br>1 Galleria Blvd., Ste. 1400<br>Metairie, LA 70001 | Line 3.112<br>☐ Not listed. Explain ____ | _ |
| 4.4 | McGlinchey Stafford<br>Attn: Sarah Edwards, Esq.<br>601 Poydras St., Ste. 1200<br>New Orleans, LA 70130 | Line 3.44<br>☐ Not listed. Explain ____ | _ |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number (if known) 17-10409

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Preston L. Hayes, Esq.<br>1 Galleria Blvd., Ste. 1100<br>Metairie, LA 70001 | Line 3.71<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Preston L. Hayes, Esq.<br>1 Galleria Blvd., Ste. 1100<br>Metairie, LA 70001 | Line 3.131<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Steffes Vingiello & McKenzie, LLC<br>Attn: Patrick S. Garrity, Esq.<br>13702 Coursey Blvd., Bldg. 3<br>Baton Rouge, LA 70817 | Line 3.111<br>☐ Not listed. Explain ____ | _ |
| 4.8 | U. S. Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | Line 3.132<br>☐ Not listed. Explain ____ | _ |
| 4.9 | William E. Steffes, Esq.<br>13702 Coursey Blvd., Bldg. 3<br>Baton Rouge, LA 70817 | Line 3.112<br>☐ Not listed. Explain ____ | _ |
| 4.10 | Yoes Law Firm<br>3535 Calder Ave., Ste. 235<br>Beaumont, TX 77726-7584 | Line 3.35<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 45,475.83 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,303,775.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,349,251.24 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy