**Fill in this information to identify the case:**

Debtor name: Hauser Printing Company Incorporated

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-10409

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Equipment (Avalon N8-12S) | AGFA Finance Corporation<br>PO Box 223531<br>Pittsburgh, PA 15251-2531 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Konica Minolta BIZHUB Pro 1200 120PPM Production printer/copier/scanner | De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Lease for 5600 Jefferson HWY, Suite 150, Blg W4 | Elmwood Distribution Associates<br>PO Box 6401<br>Metairie, LA 70009 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Equipment (Installation/Training/Video jet Upgrade) | First Federal Leasing<br>PO Box 1145<br>Richmond, IN 47375-1145 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Hauser Printing Company Incorporated — Case number (*if known*) 17-10409
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Graphic Wizard Creasemaster & Business card slitter | Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Azura C1255 / Prepress Equipment & software | Pitman, an AGFA Company<br>611 River Drive Center 3<br>Elmwood Park, NJ 07407 |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Equipment (Retrofit Vertical Stacker for PB inserter) | Pitney Bowes Production Mail Financing<br>PO Box 931034<br>Cleveland, OH 44193-0004 |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | Lease for 109 Research | Richard Pat Garrity and Roseann Garrity<br>6 Ibis Lane<br>Mandeville, LA 70471 |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | EFI OPS (software/services/trainin g/module) | Susquehanna Commercial Finance<br>2 County View Road<br>Suite 300<br>Malvern, PA 19355 |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any | Konica Minolta BIZHUB Press C8000 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Hauser Printing Company Incorporated — Case number (*if known*) 17-10409
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Bindery Equipment (John Scarpantonio Graphic Services) | |
| | State the term remaining | | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy