**Fill in this information to identify the case:**

Debtor name: Hauser Printing Company Incorporated

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 17-10409

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.3 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.4 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.4<br>☐ E/F<br>☐ G |
| 2.5 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.5<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.6<br>☐ E/F<br>☐ G |
| 2.7 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.7<br>☐ E/F<br>☐ G |
| 2.8 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.8<br>☐ E/F<br>☐ G |
| 2.9 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.9<br>☐ E/F<br>☐ G |
| 2.10 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.10<br>☐ E/F<br>☐ G |
| 2.11 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.11<br>☐ E/F<br>☐ G |
| 2.12 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First NBC | ■ D 2.12<br>☐ E/F<br>☐ G |
| 2.13 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | Richard Pat Garrity<br>and Roseann Garrity | ☐ D<br>■ E/F 3.110<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | Susquehanna Commercial Finance | ☐ D<br>■ E/F 3.128<br>☐ G |
| 2.15 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | Mac Papers | ☐ D<br>■ E/F 3.80<br>☐ G |
| 2.16 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | First Federal Leasing | ☐ D<br>■ E/F 3.44<br>☐ G |
| 2.17 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | American Express | ☐ D<br>■ E/F 3.11<br>☐ G |
| 2.18 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.19 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.20 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.21 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.4<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.5<br>☐ E/F<br>☐ G |
| 2.23 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.6<br>☐ E/F<br>☐ G |
| 2.24 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.7<br>☐ E/F<br>☐ G |
| 2.25 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.8<br>☐ E/F<br>☐ G |
| 2.26 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.9<br>☐ E/F<br>☐ G |
| 2.27 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.10<br>☐ E/F<br>☐ G |
| 2.28 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.11<br>☐ E/F<br>☐ G |
| 2.29 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | First NBC | ■ D 2.12<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | Richard Pat Garrity and Roseann Garrity | ☐ D<br>■ E/F 3.110<br>☐ G |
| 2.31 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | Susquehanna Commercial Finance | ☐ D<br>■ E/F 3.128<br>☐ G |
| 2.32 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | Mac Papers | ☐ D<br>■ E/F 3.80<br>☐ G |
| 2.33 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.34 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.35 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.36 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.4<br>☐ E/F<br>☐ G |
| 2.37 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.5<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.38 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.6<br>☐ E/F<br>☐ G |
| 2.39 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.7<br>☐ E/F<br>☐ G |
| 2.40 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.8<br>☐ E/F<br>☐ G |
| 2.41 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.9<br>☐ E/F<br>☐ G |
| 2.42 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.10<br>☐ E/F<br>☐ G |
| 2.43 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.11<br>☐ E/F<br>☐ G |
| 2.44 | Paul Alker | 1128 Hardy Ave.<br>Covington, LA 70433 | First NBC | ■ D 2.12<br>☐ E/F<br>☐ G |
| 2.45 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.47 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.3<br>☐ E/F<br>☐ G |
| 2.48 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.4<br>☐ E/F<br>☐ G |
| 2.49 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.5<br>☐ E/F<br>☐ G |
| 2.50 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.6<br>☐ E/F<br>☐ G |
| 2.51 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.7<br>☐ E/F<br>☐ G |
| 2.52 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.8<br>☐ E/F<br>☐ G |
| 2.53 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.9<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Hauser Printing Company Incorporated Case number *(if known)* 17-10409

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.10<br>☐ E/F<br>☐ G |
| 2.55 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.11<br>☐ E/F<br>☐ G |
| 2.56 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | First NBC | ■ D 2.12<br>☐ E/F<br>☐ G |
| 2.57 | Richard Pat Garrity | 6 Ibis Lane<br>Mandeville, LA 70471 | U. S. Small Business Administration | ■ D 2.14<br>☐ E/F<br>☐ G |
| 2.58 | Brian David | 1717 Jay Street<br>New Orleans, LA 70122 | Richard Pat Garrity and Roseann Garrity | ☐ D<br>☐ E/F<br>■ G 2.8 |
| 2.59 | J. Kevin Alker | 116 Haroleans Ave.<br>Harahan, LA 70123 | Richard Pat Garrity and Roseann Garrity | ☐ D<br>☐ E/F<br>■ G 2.8 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy