UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

CASE NO. **17-10409**
Section "A"

**HAUSER PRINTING COMPANY INCORPORATED**

DEBTOR(S)                                    CHAPTER 7


**TRUSTEE'S INTERIM REPORT**


(1) UNDERLINE ACTION TO BE TAKEN TO CONCLUDE ADMINISTRATION OF ESTATE

**None.**

(2) TOTAL FUNDS DEPOSITED INTO THE TRUSTEE'S BANK ACCOUNT

**$138,946.09.**

(3) EXPECTED DATE OF FILING A TRUSTEE'S FINAL REPORT

**Trustee's Final Report (TFR) has been prepared and submitted to Office of U.S. Trustee for review.**

(4) AMOUNT AND NATURE OF BOND

**$1,100,848.00 blanket bond.**

_David V. Adler_ 1/21/21

Trustee: David V. Adler
P.O. Box 55129
Metairie, LA 70055
504-834-5465